UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE SMALLS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID GREY,<br><br>        Defendant. | Case No. 3:17-cv-03079-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 13 |

The court has reviewed Magistrate Judge Corley's Report and Recommendation to Remand this state-law unlawful detainer action to the Superior Court of California for the County of Alameda. Dkt. No. 13. No objections were filed within the specified time frame. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is REMANDED to the Superior Court of California for the County of Alameda.

**IT IS SO ORDERED.**

Dated: August 8, 2017

                                            William H. Orrick
                                            United States District Judge